AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Humrickhouse, Stephani W. | Bankruptcy Court - Eastern District of North Carolina | 9/28/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Court (FT) | ☐ Nomination   Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Second Floor
300 Fayetteville Street
Raleigh, NC 27601

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Campbell University School of Law, Board of Visitors |
| 2. | Board Member | North Carolina Museum of History Associates |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | FMI Corp W-2 |
| 2. 2016 | FMI Corp 1120S K-1 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 3/14/2016 - 3/15/2016 | Fort Worth, Texas | NCBJ Mid-Year Meeting/ ABLJ Committee Meeting | Lodging, Meals, Travel |
| 2. | Federal Judicial Center | 4/16/2016 - 4/20/2016 | Albuquerque, New Mexico | FJC Bankruptcy Judges Workshop | Lodge, Meals, Travel |
| 3. | Federal Judicial Center | 6/30/2016 - 7/1/2016 | Philadelphia, PA | Bankrutpcy Judges Workshop - Presenter | Lodging, Meals, Travel |
| 4. | American Bankruptcy Institute | 7/21/2-16 - 7/24/2016 | Amelia Island, FL | ABI Southeastern Bankr. Workshop - Presenter | Lodging, Meals, Travel |
| 5. | American Bankrutpcy Institute | 8/4/2016 - 8/6/2016 | Cambridge, MD | ABI Mid-Atlantic Bankr. Workshop - Presenter | Lodging, Meals, Travel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Humrickhouse, Stephani W. | 9/28/2017 |

| | | | | |
|---|---|---|---|---|
| 6. | North Carolina Bar Association | 11/17/2017 - 11/19/2016 | New Bern, NC | North Carolina Bar Bankruptcy Institute | Lodging, Meals |
| 7. | American Bankruptcy Institute | 12/2/2016 - 12/4/2016 | Rancho Palos Verdes, CA | ABI Winter Conference - Presenter | Lodging, Meals, Travel |
| 8. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Am. Equity Inv. Life Ins. Co. Flex. Prem. Deferred Ann | D | Dividend | M | T | | | | | |
| 2. Fidelity Capital Appreciation Fund | A | Int./Div. | K | T | | | | | |
| 3. FMI 401K | | | | | | | | | |
| 4. --Black Rock Equity | B | Dividend | | | Sold | 03/01/16 | M | | |
| 5. --R6 Eagle Small Cap Growth | A | Dividend | K | T | Buy | 3/1/2016 | K | | |
| 6. | | | | | Sold (part) | 05/01/16 | J | | |
| 7. --Eagle Small Cap Growth A | A | Dividend | | | Sold | 03/01/16 | K | | |
| 8. --Harbor Capital Appreciation Inst Div | | None | M | T | Buy | 03/01/16 | M | | |
| 9. | | None | | | Sold (part) | 05/01/16 | J | | |
| 10. --Hartford Int'l Opp R5 | A | Dividend | K | T | Sold (part) | 05/01/16 | J | | |
| 11. --John Hancock Disc. Value | | None | M | T | Buy | 03/01/16 | M | | |
| 12. | | None | | | Sold (part) | 05/01/16 | K | | |
| 13. --Mainstay Large Cap Growth Fund | B | Dividend | | | Sold | 03/01/16 | M | | |
| 14. --MFS International Value R4 | A | Dividend | K | T | Sold (part) | 05/01/16 | J | | |
| 15. --Metropolitan West Total Return Bond | C | Int./Div. | K | T | Sold (part) | 05/01/16 | J | | |
| 16. --Principal Real Estate Securities Inst. | C | Dividend | L | T | Sold (part) | 05/01/16 | K | | |
| 17. --Prudential Jennison Health Sciences | B | Dividend | L | T | Sold (part) | 05/01/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --TRowe Price Science and Tech/Adv | A | Dividend | L | T | Sold (part) | 05/01/16 | K | | |
| 19. --Wells Fargo Stable Return Fund | C | Interest | O | T | Buy | 05/01/16 | M | | |
| 20. Etrade | | | | | | | | | |
| 21. --1 Share S&P Midcap ETF (IJH) | A | Dividend | K | T | | | | | |
| 22. --1 Share S&P Small Cap ETF (IJR) | A | Dividend | K | T | | | | | |
| 23. --DIAX (mutual fund) (previously named DPD) | A | Dividend | | | Sold | 08/09/16 | J | | |
| 24. --Ford Motor (common) | A | Dividend | | | Buy | 07/28/16 | J | | |
| 25. | | | | | Sold | 08/09/16 | J | | |
| 26. --I Shares US Energy ETF (IYE) | A | Dividend | | | Buy | 02/04/16 | J | | |
| 27. | | | | | Sold | 08/09/16 | J | | |
| 28. --SPDR S&P Small Capital Growth ETF (SLYG) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 29. Vanguard Brokerage Acct | C | Int./Div. | N | T | | | | | |
| 30. --Vanguard S&P 500 Index ETF (VOO) | A | Dividend | K | T | | | | | |
| 31. --Vanguard Short Term Tax Exempt VWSTX | A | Dividend | J | T | | | | | |
| 32. --Vanguard Prime Money Mkt Fund VMMXX | A | Interest | M | T | | | | | |
| 33. --Vanguard Large Capital ETF VV | A | Dividend | L | T | Buy | 01/22/16 | K | | |
| 34. ---Capital One Bank CD | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fisher/Morgan Stanley Man. Inv. Acct. | E | Dividend | O | T | | | | | |
| 36. --i Shares MSCI Euro-zone ETF (EZU) | A | Dividend | K | T | Sold (part) | 08/05/16 | J | | |
| 37. --i Shares Global Consumer STP ETF (KXI) | A | Dividend | J | T | | | | | |
| 38. --SPDR High Yield ETF (JNK) | A | Dividend | K | T | Sold (part) | 08/05/16 | J | | |
| 39. --FBGX | A | Dividend | K | T | | | | | |
| 40. --FEEU | A | Dividend | | | Sold | 07/18/16 | J | | |
| 41. --FIEE UBS AG London BRIT | | None | J | T | Buy | 07/18/16 | J | | |
| 42. --IEV I Shares Europe ETF | B | Dividend | K | T | Buy | 07/15/16 | K | | |
| 43. | | | | | Sold (part) | 08/05/16 | J | A | |
| 44. --FIGY | A | Dividend | J | T | | | | | |
| 45. --IXN (ETF) | A | Dividend | K | T | | | | | |
| 46. --JP Morgan Municipal Fund (now called Morgan Stanley Money Market) | A | Interest | J | T | | | | | |
| 47. --LQD (ETF) | C | Dividend | L | T | Sold (part) | 08/05/16 | J | A | |
| 48. --MBB (ETF) | A | Dividend | K | T | Sold (part) | 08/05/16 | J | A | |
| 49. --QQQ (ETF) | A | Dividend | K | T | | | | | |
| 50. --SCPB (ETF) | A | Dividend | K | T | Sold (part) | 08/05/16 | J | A | |
| 51. --TFI (ETF) | A | Dividend | K | T | Sold (part) | 08/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --XLG (ETF) | A | Dividend | K | T | Buy | 06/21/16 | J | | |
| 53. | | | | | Sold (part) | 08/05/16 | J | B | |
| 54. --XLF (ETF) | B | Dividend | L | T | Sold (part) | 08/05/16 | J | B | |
| 55. | | | | | Sold (part) | 09/30/16 | J | | |
| 56. --XLV (ETF) | A | Dividend | K | T | Sold (part) | 08/05/16 | J | C | |
| 57. --XLY (ETF) | A | Dividend | K | T | | | | | |
| 58. --VGK | A | Dividend | | | Sold | 07/15/16 | K | | |
| 59. --VIS | A | Dividend | J | T | Sold (part) | 08/05/16 | J | A | |
| 60. Janney, Montgomery, Scott (fka Scott&Stringfellow IRA -Managed Account | | | | | | | | | |
| 61. --BP Capital Twin MLP Fund (BPMCX) | A | Dividend | K | T | | | | | |
| 62. --BAEIX (mutual fund) | D | Dividend | N | T | Sold (part) | 08/24/16 | N | | |
| 63. --Cullen High Div. Equity Classic (CHVCX) | D | Dividend | N | T | Buy | 08/24/16 | N | | |
| 64. --Federated Treasury Fund (cash acct) | A | Interest | J | T | | | | | |
| 65. Merrill Lynch Wealth Management - CMA | | | | | | | | | |
| 66. -ALLSTATE CORP. Preferred Stock ALLPRA | A | Dividend | J | T | | | | | |
| 67. -Cohen and Steers (RQI) | A | Dividend | J | T | | | | | |
| 68. -Community Health Systems CYH | A | Dividend | | | Sold | 07/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Conoco Phillips (COP) | A | Dividend | J | T | | | | | |
| 70. -Eli Lilly (LLY) | A | Dividend | J | T | | | | | |
| 71. -Exxon Mobile (XOM) | A | Dividend | J | T | | | | | |
| 72. --FCT | A | Dividend | | | Sold | 01/04/16 | J | | |
| 73. --First Niagara (FNFG) | A | Dividend | | | Sold | 01/04/16 | J | C | |
| 74. --First Solar | A | Dividend | | | Buy | 10/25/16 | J | | |
| 75. | | | | | Sold | 12/13/16 | J | | |
| 76. --Ford (F) | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 77. -HOLX | A | Dividend | | | Sold (part) | 02/25/16 | J | B | |
| 78. | | | | | Sold (part) | 04/25/16 | J | A | |
| 79. | | | | | Sold | 07/27/16 | J | B | |
| 80. --Intel (INTC) | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 81. --MASCO (MAS) | A | Dividend | | | Sold | 02/25/16 | K | D | |
| 82. --Merck (MRK) | A | Dividend | J | T | | | | | |
| 83. --Merrill Lynch (FIA Card Services) Bank Deposit Program (cash) | A | Int./Div. | J | T | | | | | |
| 84. --Nuveen Float Rate (JFR) | A | Dividend | K | T | | | | | |
| 85. --Nuveen Ins. (NEA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Poweshares Preferred PGX | A | Dividend | | | Buy | 07/27/16 | K | | |
| 87. | | | | | Sold | 12/13/16 | K | | |
| 88. --Powershares Variable Rate (VRP) | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 89. --Proctor & Gamble | A | Dividend | | | Buy | 07/07/16 | K | | |
| 90. | | | | | Sold | 12/13/16 | K | | |
| 91. --Qualcom | A | Dividend | | | Buy | 04/25/16 | J | | |
| 92. | | | | | Sold | 07/27/16 | J | B | |
| 93. --Quorum | A | Dividend | | | Buy | 04/25/16 | J | | |
| 94. | | | | | Sold | 07/25/16 | J | | |
| 95. --RDSA (Royal Dutch) | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 96. | | | | | Buy | 09/19/16 | J | | |
| 97. | | | | | Buy | 12/16/16 | J | | |
| 98. --RDSB Royal Dutch Shell Preferred | A | Dividend | K | T | Buy | 04/25/16 | K | | |
| 99. --Topbuild | A | Dividend | | | Sold | 02/25/16 | K | A | |
| 100. --Vodaphone | A | Dividend | | | Buy | 09/21/16 | J | | |
| 101. | | | | | Sold | 12/13/16 | J | | |
| 102. --WOOF | A | Dividend | | | Sold (part) | 02/25/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/18/16 | J | C | |
| 104. Merrill Lynch Wealth Management - IRA | | | | | | | | | |
| 105. -Alger Spectra (ASPZX) | A | Dividend | K | T | | | | | |
| 106. -Bank of America, NA, RAST (FIA Card Svc Cash (11AXX)) | A | Int./Div. | J | T | | | | | |
| 107. -BLACK ROCK CREDIT (BCX) | A | Dividend | J | T | | | | | |
| 108. -BLACK ROCK CREDIT (BTZ) | A | Dividend | J | T | | | | | |
| 109. -Clearbridge Energy (CEM) | A | Dividend | J | T | | | | | |
| 110. -Cohen and Steers (RQI) | A | Dividend | J | T | Sold (part) | 07/27/16 | J | B | |
| 111. -Conoco Phillips | A | Dividend | J | T | | | | | |
| 112. -Exxon Mobile X | | | | | | | | | |
| 113. -First Eagle (SG11X) | A | Dividend | K | T | | | | | |
| 114. -First Solar FSLR | A | Dividend | J | T | Buy | 10/25/16 | J | | |
| 115. -Highland Global (HCOYX) | A | Dividend | J | T | | | | | |
| 116. -Intel INTL | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 117. -INVESCO (VVR) | A | Dividend | J | T | | | | | |
| 118. -KKR | A | Dividend | K | T | | | | | |
| 119. -MERCK (MRK) | A | Dividend | | | Sold | 04/28/16 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Morgan Stanley Emerging (EDD) | B | Dividend | J | T | | | | | |
| 121. -Oppenheimer Dev (ODVYX) | A | Dividend | J | T | | | | | |
| 122. -Oppenheimer Int'l (OIGYX) | A | Dividend | K | T | | | | | |
| 123. -Powershares Preferred Portfolio (PGX) | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 124. -Proctor & Gamble (PG) | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 125. --Qualcom A Div | A | Dividend | | | Buy | 04/25/16 | J | | |
| 126. | | | | | Sold | 07/27/16 | J | B | |
| 127. -Royal Dutch Shell RDSB | A | Dividend | J | T | | | | | |
| 128. Edward Jones IRA #1 | | | | | | | | | |
| 129. --AT&T | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 130. --Cash Account | A | Interest | J | T | Buy | 04/01/16 | J | | |
| 131. -Conoco Phillips | A | Dividend | J | T | | | | | |
| 132. -Invesco Global 45 Div. Strategy Unit Trust | A | Dividend | | | Sold | 04/01/16 | J | | |
| 133. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 134. -Tiffany & Co. | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 135. Edwards Jones IRA #2 X | | | | | | | | | |
| 136. -Cash | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -VanGuard GNMA Inv. Share | A | Dividend | J | T | Buy | 10/24/16 | J | | |
| 138. Edward Jones Single One | | | | | | | | | |
| 139. -Cash Account | A | Interest | K | T | Buy | 11/02/16 | K | | |
| 140. -American Funds TAIAX | B | Dividend | K | T | | | | | |
| 141. -Goldman Sachs CD | A | Interest | K | T | | | | | |
| 142. -Lincoln Life Ins. | A | Dividend | L | T | | | | | |
| 143. -NC Med Care Comm Health Bond | C | Interest | | | Sold | 11/02/16 | K | | |
| 144. -Prudential Prem. Ret. Contract Annuity | C | Dividend | L | T | | | | | |
| 145. -Raleigh Durham Airport Bond | B | Interest | K | T | | | | | |
| 146. Edward Jones Single Two | | | | | | | | | |
| 147. -AT&T (T) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 148. -DollarGen (DG) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 149. -Dover Corp (DOV) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 150. -Emerson Elec (EMR) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 151. -Exxon Mobile (XOM) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 152. -John Hancock Bond Fund (JHBIX) | A | Dividend | K | T | Buy | 09/06/16 | K | | |
| 153. -Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 09/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Lord Abbott Short Duration (LDLFX) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 155. -Microsoft (MSFT) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 156. -Praxair (PX) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 157. -Proctor & Gamble (PG) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 158. -Scana (SCG) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 159. -Target (TGT) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 160. -United Tech (UTX) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 161. -Ventas (VTR) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 162. -Verizon (VZ) | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 163. Edward Jones Single Three X | | | | | | | | | |
| 164. -Cash Account | A | Interest | L | T | | | | | |
| 165. -BellSouth Corp Bond | A | Dividend | J | T | | | | | |
| 166. -Dallas Co. Tex Hosp Bond | A | Dividend | J | T | | | | | |
| 167. -Dallas Tex Transit Bid American Bonds | A | Dividend | J | T | | | | | |
| 168. -GE Cap Bond | A | Dividend | J | T | | | | | |
| 169. -McDonald's Corp. Bond | A | Dividend | J | T | | | | | |
| 170. -Metro Transit Auth Rev Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Durham Arvin Partnership | | None | K | W | | | | | |
| 172. FMI Corp. Stock | G | Distribution | N | U | | | | | |
| 173. GP Land, LLC | A | Interest | | | Sold | 10/31/16 | M | G | |
| 174. Nationwide Whole Life Insurance | | None | J | T | | | | | |
| 175. North State Bank Acct | A | Interest | J | T | | | | | |
| 176. Bank of America Bank Account | A | Interest | J | T | | | | | |
| 177. Equitable Life Insurance (cash value) | A | Dividend | K | T | | | | | |
| 178. Alpine 4 Technologies Ltd | A | Dividend | J | T | Buy | 02/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Investments and Trusts

Line 112:  This stock was erroneously reported in the Merrill Lynch IRA account.  It is properly reported in the Merrill Lynch CMA account on line 71.

Line 135:  IRA was inherited on 11/2/2016.

Line 163:  Account was inherited on 11/2/2016.

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 9/28/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephani W. Humrickhouse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544